UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONI FIORE, JADE D'AMARIO, SEAN DUNN, and JOSHUA DUNN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF TAMPA,<br><br>Defendant. | Case No. 7:20-cv-03744-CS |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby provide this notice of supplemental authority of a new opinion interpreting Florida law in the COVID-19 tuition and fee refund context, captioned *In re: University of Miami COVID-19 Tuition and Fee Refund Litig.*, Case No. 0:20-cv-60851-AHS, ECF No. 67 (S.D. Fla. March 5, 2021).  A copy of this decision is attached hereto as **Exhibit A**. Plaintiffs respectfully suggest this decision further supports their position in this matter in opposition to Defendant's Motion to Dismiss.

Dated:   March 5, 2021                              Respectfully Submitted,

By:   */s/ Philip Fraietta*
            Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163

1

Email: pfraietta@bursor.com
aleslie@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *pro hac vice*)
701 Brickell Ave, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF this 5th day March 2021 on all parties of record.

By: __*/s/ Philip Fraietta*__
Philip L. Fraietta