UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TONI FIORE, JADE D'AMARIO, SEAN DUNN,
and JOSHUA DUNN on behalf of themselves and
all others similarly situated,

                                Plaintiffs,           No. 20-CV-3744 (CS)

  - against -

THE UNIVERSITY OF TAMPA,

                                Defendant.
-------------------------------------------------------------x

## NOTICE TO FLORIDA ATTORNEY GENERAL OF CONSTITUTIONAL CHALLENGE TO STATE STATUORY PROVISION

In accordance with 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), the Court certifies to the Florida Attorney General that an action has been filed in this Court, *Fiore et al. v. University of Tampa*, No. 7:20-CV-3744, wherein the constitutionality of a Florida state statute is drawn into question, specifically:

        § 768.39, Florida Statutes (2021)

The Clerk is respectfully directed to send, via certified mail, a copy of (1) this Notice, (2) the docket sheet in this case, (3) Plaintiffs' Supplemental Memorandum of Law Regarding Florida Statute § 768.39, (ECF No. 40), and (4) Plaintiffs' Notice Pursuant to Fed. R. Civ. P. 5.1(a)(1), (ECF No. 41), to:

        Attorney General Ashley Moody
        Office of the Attorney General
        The Capitol Building, PL-01
        400 South Monroe Street
        Tallahassee, Florida 32399

Dated:  September 14, 2021
          White Plains, New York

                                                                        _____
                                                                        CATHY SEIBEL, U.S.D.J.