# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE  
NEW YORK, NY 10019  
www.bursor.com

PHILIP L. FRAIETTA  
Tel: 646.837.7150  
Fax: 212.989.9163  
pfraietta@bursor.com

April 19, 2022

**<u>By ECF</u>:**

The Honorable Cathy Seibel  
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re:   *D'Amario et al. v. The University of Tampa*, Case No. 7:20-cv-03744-CS (S.D.N.Y.)

Dear Judge Seibel:

    I represent Plaintiffs in the above-referenced matter and I write pursuant to Rule I.A of Your Honor's Individual Practices to inform the Court that on March 29, 2022, the Parties participated in a full-day mediation before Hon. Joseph P. Farina (Ret.) of JAMS. The mediation was ultimately successful, and the Parties are in the process of finalizing a long-form settlement agreement and notice exhibits. A copy of Judge Farina's Mediator's Report is attached hereto as **Exhibit A**.

    Plaintiffs anticipate moving for preliminary approval within 30 days, and the Parties respectfully request a stay of all case deadlines in the interim. Thank you for your attention to this matter.

Very truly yours,

Philip L. Fraietta

CC:   All counsel of record (via ECF)

**EXHIBIT A**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JADE D'AMARIO and JOSHUA DUNN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE UNIVERSITY OF TAMPA,

Defendant.

_____/

CASE NO: 7:20-CV-03744-CS

### MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case.

The mediator reports that the parties entered into a settlement agreement, and are preparing final documentation.

_____
Joseph P. Farina
JAMS Mediator/Neutral
April 6, 2022

*Copy provided to Attorneys*