UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADE D'AMARIO and JOSHUA DUNN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>THE UNIVERSITY OF TAMPA,<br><br>    Defendant. | Civil Action No. 7:20-cv-03744-CS |

NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 18, 2022 at 3:30 p.m. before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, 300 Quarropas St., White Plains, NY 10601, Plaintiffs Jade D'Amario and Joshua Dunn, by and through Class Counsel, will move and hereby does move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund, (2) granting Ms. D'Amario and Mr. Dunn incentive awards of $10,000 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declarations of Jade D'Amario and Joshua Dunn, and the Declaration of Philip L. Fraietta, with annexed exhibits.

Dated: July 25, 2022

          Respectfully submitted,

          By: */s/ Philip L. Fraietta*
                Philip L. Fraietta

          **BURSOR & FISHER, P.A.**
          Philip L. Fraietta
          Alec M. Leslie
          888 Seventh Avenue
          New York, NY 10019
          Telephone: (646) 837-7150
          Facsimile: (212) 989-9163
          Email: pfraietta@bursor.com
                  aleslie@bursor.com

          *Class Counsel*