**EXHIBIT B**

University of Tampa Tuition Lodestar Summary Through 7/22/22

| Int. | Name | Hourly Rate | Total Time | Total |
|---|---|---|---|---|
| SNW | Sarah N. Westcot (2009) | $825 | 54.4 hs. | $44,880 |
| PLF | Philip L. Fraietta (2014) | $700 | 95.5 hs. | $66,850 |
| AML | Alec M. Leslie (2016) | $650 | 157.7 hs. | $102,505 |
| RLM | Rachel L. Miller (2015) | $500 | 23.3 hs. | $11,650 |
| SNB | Stephen A. Beck (2018) | $400 | 30.2 hs. | $12,080 |
| CRR | Christopher R. Reilly (2020) | $350 | 41.4 hs. | $14,490 |
| JCD | Julian C. Diamond (2020) | $350 | 30.9 hs. | $10,815 |
| RIW | Rachel I. Winters | $325 | 15.0 hs. | $4,875 |
| BGF | Benjamin G. Finkelstein | $325 | 35.4 hs. | $11,505 |
| RSR | Rebecca S. Richter | $300 | 2.4 hs. | $720 |
| EMW | Erin M. Wald | $300 | 0.9 hs. | $270 |
| JGM | J. Georgina McCulloch | $300 | 3.7 hs. | $1,110 |
| ESG | Erika S. Grossbard | $275 | 0.2 hs. | $55 |
| TEC | Teresa E. Clark | $275 | 2.2 hs. | $605 |
| AEL | Amanda E. Larson | $275 | 2.7 hs. | $743 |
| **TOTAL** | | | 495.9 hs. | $283,153 |

University of Tampa Time Entries

| Date | Matter | M No. | Initials | Description | Time |
|---|---|---|---|---|---|
| 2020.05.04 | University of Tampa Tuition | 622 | SNW | PSI | 3.60 |
| 2020.05.04 | University of Tampa Tuition | 622 | JCD | Research re FL contract law | 4.40 |
| 2020.05.06 | University of Tampa Tuition | 622 | SNW | PSI | 3.90 |
| 2020.05.06 | University of Tampa Tuition | 622 | JCD | Research re FL contract law | 4.70 |
| 2020.05.11 | University of Tampa Tuition | 622 | SNW | Research re UT registration process | 2.20 |
| 2020.05.12 | University of Tampa Tuition | 622 | PLF | PSI re university materials | 3.90 |
| 2020.05.12 | University of Tampa Tuition | 622 | SNW | PSI re FL law | 5.10 |
| 2020.05.12 | University of Tampa Tuition | 622 | AML | PSI and research re FL law | 4.80 |
| 2020.05.12 | University of Tampa Tuition | 622 | PLF | PSI re campus facilities | 1.80 |
| 2020.05.14 | University of Tampa Tuition | 622 | AEL | created new matter box folder and google calendar (.1) | 0.10 |
| 2020.05.14 | University of Tampa Tuition | 622 | AML | Research re complaint (2.6); final review of draft complaint (1.9) | 4.50 |
| 2020.05.14 | University of Tampa Tuition | 622 | PLF | Confer with client (0.3); Draft, finalize, and file complaint (3.4) | 3.70 |
| 2020.05.14 | University of Tampa Tuition | 622 | SNW | Reviewed/approved complaint for filing | 1.10 |
| 2020.06.01 | University of Tampa Tuition | 622 | EMW | Served complaint (.3) | 0.30 |
| 2020.06.02 | University of Tampa Tuition | 622 | AEL | spoke w First legal rep re university of tampa, sent follow up to Erin (.1) | 0.10 |
| 2020.07.31 | University of Tampa Tuition | 622 | AEL | sent email re doc request (.1) | 0.10 |
| 2020.07.31 | University of Tampa Tuition | 622 | AML | Analyzed D's PML re MTD (1.7); research re same (2.7) | 4.40 |
| 2020.07.31 | University of Tampa Tuition | 622 | PLF | Reviewed D's letter motion for conference | 1.30 |
| 2020.07.31 | University of Tampa Tuition | 622 | SNW | Reviewed notices of appearance of of M. Kozak and F. Ekelman | 0.10 |
| 2020.07.31 | University of Tampa Tuition | 622 | SNW | Reviewed letter motion for conference (1); calendared date for conference and response to letter | 1.20 |
| 2020.08.03 | University of Tampa Tuition | 622 | AEL | spoke w/ client re doc collection (.2); sent follow up email re case update to Alec and Phil (.1) | 0.30 |
| 2020.08.03 | University of Tampa Tuition | 622 | SNW | Reviewed order re: emergency COVID-19 procedures | 0.30 |
| 2020.08.04 | University of Tampa Tuition | 622 | AEL | corresponded w/ client via email re doc collection (.1) | 0.10 |
| 2020.08.05 | University of Tampa Tuition | 622 | AEL | emailed daughter of client reminder re doc collection (.1) | 0.10 |
| 2020.08.06 | University of Tampa Tuition | 622 | AEL | left vm re doc collection (.1) | 0.10 |
| 2020.08.07 | University of Tampa Tuition | 622 | AEL | sent email reminder re doc collection, saved docs to box (.2) | 0.20 |
| 2020.08.10 | University of Tampa Tuition | 622 | AEL | spoke w/ client re doc collection (.1) | 0.10 |
| 2020.08.12 | University of Tampa Tuition | 622 | AEL | sent retainer for UT client for Alec (.1) | 0.10 |
| 2020.08.13 | University of Tampa Tuition | 622 | AEL | forwarded new signed retainer to Alec (.1) | 0.10 |
| 2020.08.13 | University of Tampa Tuition | 622 | AEL | sent client email reminder re doc collection (.1) | 0.10 |
| 2020.08.13 | University of Tampa Tuition | 622 | PLF | Call w/ client (0.3) | 0.30 |
| 2020.08.14 | University of Tampa Tuition | 622 | AEL | sent retainer to client's daughter (.1) | 0.10 |
| 2020.08.17 | University of Tampa Tuition | 622 | AEL | Left VM re daughter's retainer (.1) | 0.10 |
| 2020.08.18 | University of Tampa Tuition | 622 | AEL | sent retainer for Alec (.1) | 0.10 |
| 2020.08.18 | University of Tampa Tuition | 622 | AEL | left vm re Jade's retainer (.1) | 0.10 |
| 2020.08.18 | University of Tampa Tuition | 622 | AML | Edits and research re pre-motion letter re: MTD opp | 2.70 |
| 2020.08.18 | University of Tampa Tuition | 622 | JCD | Research re MTD opp letter | 3.70 |
| 2020.08.18 | University of Tampa Tuition | 622 | PLF | Draft letter re intent to amend (0.5); Analyze order re same (0.2); Draft PML response letter (1.3) | 2.00 |
| 2020.08.18 | University of Tampa Tuition | 622 | SNW | Reviewed joint letter to Jude Seibel re: schedule for plaintiff's first amended complaint | 0.20 |
| 2020.08.18 | University of Tampa Tuition | 622 | SNW | Call w/ PLF re: response to PML | 0.20 |
| 2020.08.19 | University of Tampa Tuition | 622 | AEL | Left VM for client re daughter's retainer (.1); checked docs for on campus/in person classes (.2) | 0.30 |
| 2020.08.19 | University of Tampa Tuition | 622 | JCD | Final proofread of MTD opp letter | 2.20 |
| 2020.08.19 | University of Tampa Tuition | 622 | PLF | Finalize PML response letter (1.0) | 1.00 |
| 2020.08.21 | University of Tampa Tuition | 622 | AEL | corresponded via email w/ University of Tampa client re Jade's retainer (.1); sent another retainer for Jade to client's email (.1); left vm re Jade's retainer (.1) | 0.30 |
| 2020.08.25 | University of Tampa Tuition | 622 | AML | Assisted with prep for pre-motion conference (0.7); researched recent developments in caselaw (1.9) | 2.60 |
| 2020.08.25 | University of Tampa Tuition | 622 | PLF | Prepare for tomorrow's pre-motion conference (3.1) | 3.10 |
| 2020.08.26 | University of Tampa Tuition | 622 | AML | Attended pre-motion conference (0.4): conf. w/ PLF re same (0.2) | 0.60 |
| 2020.08.26 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice of Appearance, 1 files | 0.10 |
| 2020.08.26 | University of Tampa Tuition | 622 | PLF | Argue pre-motion conference (0.4); discussed w/ team next steps (0.2) | 0.60 |
| 2020.08.26 | University of Tampa Tuition | 622 | SNW | Discussion w/ PLF, AML re: pre-motion conference | 0.70 |

| Date | Matter | | Atty | Description | Hours |
|---|---|---|---|---|---|
| 2020.08.28 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Minute Entry, 1 files | 0.10 |
| 2020.09.09 | University of Tampa Tuition | 622 | AML | Drafted FAC (2.6); research re FAC (3.1) | 5.70 |
| 2020.09.10 | University of Tampa Tuition | 622 | AML | Edits to FAC (3.1); research re FAC (1.2) | 4.30 |
| 2020.09.14 | University of Tampa Tuition | 622 | AEL | left vm for Jade re approving FAC (.1); spoke w/ Toni Fiore re Jade approving FAC (.1) | 0.20 |
| 2020.09.15 | University of Tampa Tuition | 622 | PLF | Final review of FAC (1.3) and file FAC (0.5) | 1.80 |
| 2020.09.16 | University of Tampa Tuition | 622 | JGM | Finalize - SNW PHV Application | 0.40 |
| 2020.09.25 | University of Tampa Tuition | 622 | JGM | FIle SNW PHV APP | 0.30 |
| 2020.09.25 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice, 1 files | 0.10 |
| 2020.09.25 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Order, 1 file | 0.10 |
| 2020.10.15 | University of Tampa Tuition | 622 | AML | Reviewed MTD (2.9); research re same (2.7) | 5.60 |
| 2020.10.15 | University of Tampa Tuition | 622 | JCD | Analyzed MTD | 2.50 |
| 2020.10.15 | University of Tampa Tuition | 622 | PLF | Reviewed D's MTD | 2.10 |
| 2020.10.15 | University of Tampa Tuition | 622 | SNW | Reviewed motion to dismiss | 3.40 |
| 2020.10.16 | University of Tampa Tuition | 622 | JGM | Drafted AML NOA | 0.30 |
| 2020.10.20 | University of Tampa Tuition | 622 | JGM | Finalize AML NOA | 0.20 |
| 2020.10.20 | University of Tampa Tuition | 622 | JGM | File AML NOA | 0.10 |
| 2020.10.28 | University of Tampa Tuition | 622 | SNW | Conf. w/ PLF re: MTD opposition brief | 0.10 |
| 2020.10.28 | University of Tampa Tuition | 622 | SNW | Conf. w/ SNB re: MTD opposition brief | 0.10 |
| 2020.11.04 | University of Tampa Tuition | 622 | CRR | Research re MTD Opp. brief | 3.40 |
| 2020.11.04 | University of Tampa Tuition | 622 | CRR | Analyzing D's MTD brief | 3.60 |
| 2020.11.04 | University of Tampa Tuition | 622 | CRR | Researching parent standing for MTD Opp | 3.80 |
| 2020.11.04 | University of Tampa Tuition | 622 | SNB | Analyze Complaint (0.7) and Defendant's Motion to Dismiss (1.1) for purposes of drafting opposition to same | 1.80 |
| 2020.11.04 | University of Tampa Tuition | 622 | SNW | Conf. w/ SNB and CRR re: drafting MTD opposition; email exchange w/ SNB and CRR re: same | 0.40 |
| 2020.11.05 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 2.50 |
| 2020.11.05 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 1.70 |
| 2020.11.05 | University of Tampa Tuition | 622 | CRR | MTD opp research | 1.40 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 1.50 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 0.40 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 0.50 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 4.70 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 3.00 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 0.50 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | MTD opp drafting | 0.30 |
| 2020.11.06 | University of Tampa Tuition | 622 | CRR | Editing and proofing MTD Opp draft | 2.70 |
| 2020.11.06 | University of Tampa Tuition | 622 | SNB | MTD opp research | 3.30 |
| 2020.11.06 | University of Tampa Tuition | 622 | SNB | MTD opp drafting | 6.90 |
| 2020.11.07 | University of Tampa Tuition | 622 | SNB | Continue drafting Resp in Opp to Defendant's MTD | 4.80 |
| 2020.11.07 | University of Tampa Tuition | 622 | SNB | Continue to analyze Complaint, Defendant's Motion to Dismiss, and client and university documents for purposes of draftig Opp to Def MTD | 1.40 |
| 2020.11.08 | University of Tampa Tuition | 622 | CRR | Researching damages criteria for MTD Opp | 2.70 |
| 2020.11.08 | University of Tampa Tuition | 622 | SNB | Continue to Research authorities cited in Defendant's MTD and Draft Resp in Opp to Defendant's MTD | 5.20 |
| 2020.11.09 | University of Tampa Tuition | 622 | CRR | Editing parent standing and introduction sections of MTD Opp | 1.50 |
| 2020.11.09 | University of Tampa Tuition | 622 | CRR | Editing unjust enrichment section of MTD Opp | 1.20 |
| 2020.11.09 | University of Tampa Tuition | 622 | CRR | Proofing and editing MTD Opp | 2.70 |
| 2020.11.09 | University of Tampa Tuition | 622 | CRR | Proofing and editing MTD Opp | 1.20 |
| 2020.11.09 | University of Tampa Tuition | 622 | CRR | Final proof of MTD Opp | 0.20 |
| 2020.11.09 | University of Tampa Tuition | 622 | SNB | Finalize Draft of Resp in Opp to MTD | 2.90 |
| 2020.11.10 | University of Tampa Tuition | 622 | CRR | Researching case authority for MTD opp | 1.40 |
| 2020.11.11 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Order, 1 file | 0.10 |
| 2020.11.11 | University of Tampa Tuition | 622 | SNW | Edited draft motion to dismiss opposition brief | 3.80 |
| 2020.11.12 | University of Tampa Tuition | 622 | AML | Edits to MTD opp | 4.30 |
| 2020.11.12 | University of Tampa Tuition | 622 | CRR | Reviewing and analyzing edits | 0.50 |

| Date | Matter | | Atty | Description | Hours |
|---|---|---|---|---|---|
| 2020.11.12 | University of Tampa Tuition | 622 | SNW | Reviewed AML's edits to draft MTD opposition brief | 1.20 |
| 2020.11.13 | University of Tampa Tuition | 622 | AML | Finalized MTD opp | 3.90 |
| 2020.11.13 | University of Tampa Tuition | 622 | JCD | Research re notice of supp authority | 3.20 |
| 2020.11.13 | University of Tampa Tuition | 622 | JGM | Save Doc to Box | 0.20 |
| 2020.11.13 | University of Tampa Tuition | 622 | PLF | Finalize MTD Opp (4.4) | 4.40 |
| 2020.11.13 | University of Tampa Tuition | 622 | RSR | Prepared tables for MTD opp (.6) | 0.60 |
| 2020.11.13 | University of Tampa Tuition | 622 | SNW | Reviewed final edits to opposition to motion to dismiss (.3); email exchange w/ PLF and AML re: same (.1) | 0.40 |
| 2020.12.01 | University of Tampa Tuition | 622 | SNB | Draft Notice of Supplemental Authority in Support of Plainitiffs Opposition to Defendant's Motion to Dismiss and review Supplemental Authority | 1.30 |
| 2020.12.01 | University of Tampa Tuition | 622 | SNW | Reviewed Lynn Univ. MTD decision | 1.20 |
| 2020.12.01 | University of Tampa Tuition | 622 | PLF | Analyzed Lynn MTD order | 1.10 |
| 2020.12.04 | University of Tampa Tuition | 622 | JGM | Save Doc to Box | 0.10 |
| 2020.12.15 | University of Tampa Tuition | 622 | PLF | Confer with team re compelling subpoena response (1.0) | 1.00 |
| 2020.12.17 | University of Tampa Tuition | 622 | JGM | Save Doc to Box | 0.10 |
| 2020.12.17 | University of Tampa Tuition | 622 | RLM | Researched (1.6) and drafted NSA (0.3) | 1.90 |
| 2021.01.04 | University of Tampa Tuition | 622 | AML | Drafted settlement letter and term sheet (1.9); research re potential settlement structure (2.3) | 4.20 |
| 2021.01.04 | University of Tampa Tuition | 622 | PLF | Confer with defense counsel re potential settlement (0.2); Confer with AML re same (0.2) | 0.40 |
| 2021.01.05 | University of Tampa Tuition | 622 | PLF | Finalize and send settlement letter (0.4) | 0.40 |
| 2021.01.29 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice, 2 files | 0.10 |
| 2021.01.29 | University of Tampa Tuition | 622 | SNW | Reviewed defendant's second notice of supplemental authority | 0.20 |
| 2021.03.06 | University of Tampa Tuition | 622 | AML | Research for additional notice of supp authority | 1.80 |
| 2021.03.25 | University of Tampa Tuition | 622 | AML | Drafted and filed notice of supplemental authority re Lynn Univ. MTD decision | 0.80 |
| 2021.03.25 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice, 2 files | 0.10 |
| 2021.03.26 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Order, 1 file | 0.10 |
| 2021.03.26 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Response, 3 files | 0.10 |
| 2021.03.26 | University of Tampa Tuition | 622 | RLM | Reviewed new tuition refund caselaw (0.7); drafted NSA (0.2) | 0.90 |
| 2021.04.14 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Response, 3 files | 0.10 |
| 2021.04.16 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice, 3 files | 0.10 |
| 2021.05.10 | University of Tampa Tuition | 622 | SNW | Email to PLF and AML re: COVID immnuity bill for FL college and universities (0.1); research re same (2.3) | 2.40 |
| 2021.05.21 | University of Tampa Tuition | 622 | ESG | Answer Phone and Relay Message to SNW, AML & PLF | 0.20 |
| 2021.06.16 | University of Tampa Tuition | 622 | RLM | Edited BGF's draft NOSA | 0.50 |
| 2021.06.16 | University of Tampa Tuition | 622 | SNW | Conf. w/ RLM re: preparing notice of supplemental authority | 0.10 |
| 2021.06.24 | University of Tampa Tuition | 622 | BGF | Prepare NOSA | 0.50 |
| 2021.07.08 | University of Tampa Tuition | 622 | BGF | Confer w/ SNW re: new assignment for PLF | 0.20 |
| 2021.07.16 | University of Tampa Tuition | 622 | JCD | Research re FL immunity bill | 2.50 |
| 2021.07.16 | University of Tampa Tuition | 622 | AML | Reviewed FL statute and research re case implications | 2.10 |
| 2021.07.16 | University of Tampa Tuition | 622 | PLF | Research into FL immunity statute | 1.40 |
| 2021.07.29 | University of Tampa Tuition | 622 | SNW | Reviewed defendant's supplemental memo re: FL Statute 768.39; reviewed B. Finkelstein memo re: same | 1.50 |
| 2021.07.30 | University of Tampa Tuition | 622 | AML | Reviewed D's brief re FL statute | 0.40 |
| 2021.07.30 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Supplemental Brief, 2 files | 0.10 |
| 2021.07.30 | University of Tampa Tuition | 622 | PLF | Analyze D's supplemental brief | 0.50 |
| 2021.07.30 | University of Tampa Tuition | 622 | SNW | Conf w/ PLF re: FL immunity breifing; conf. w/ B. Finkelstein re: same | 0.30 |
| 2021.08.02 | University of Tampa Tuition | 622 | SNW | Conf. w/ AML re: opposition to supplemental brief (.1); reviewed email from B. Finkelstein re: same (.1) | 0.20 |
| 2021.08.02 | University of Tampa Tuition | 622 | SNW | Reviewed defendant's briefing and drafted outline of arguments in response | 2.40 |
| 2021.08.03 | University of Tampa Tuition | 622 | BGF | Draft table of contents for supp brief | 1.20 |
| 2021.08.03 | University of Tampa Tuition | 622 | BGF | Send draft TOC to SNW | 0.20 |
| 2021.08.03 | University of Tampa Tuition | 622 | BGF | Begin case law research for supp brief | 3.50 |
| 2021.08.03 | University of Tampa Tuition | 622 | BGF | Draft outline for supp. brief | 2.10 |
| 2021.08.03 | University of Tampa Tuition | 622 | SNW | Conf. w/ B. Finkelstein re: status of TOC and edits to same | 0.30 |

| Date | Matter | # | Atty | Description | Hours |
|---|---|---|---|---|---|
| 2021.08.04 | University of Tampa Tuition | 622 | BGF | Incorporate SNW revisions to TOC into brief | 0.30 |
| 2021.08.04 | University of Tampa Tuition | 622 | BGF | Draft intro section of brief | 1.70 |
| 2021.08.04 | University of Tampa Tuition | 622 | SNW | Reviewed and edited draft TOC from B. Finkelstein | 1.30 |
| 2021.08.05 | University of Tampa Tuition | 622 | BGF | Edit Remedial standards section of brief | 1.00 |
| 2021.08.06 | University of Tampa Tuition | 622 | BGF | E-mail confer w/ PLF re: supplemental brief status | 0.20 |
| 2021.08.06 | University of Tampa Tuition | 622 | BGF | Draft U.S. Contracts Clause argument | 2.40 |
| 2021.08.06 | University of Tampa Tuition | 622 | BGF | Draft Florida Contracts clause argument section of brief | 2.60 |
| 2021.08.08 | University of Tampa Tuition | 622 | BGF | Finish both contracts clause argument sections | 3.30 |
| 2021.08.08 | University of Tampa Tuition | 622 | BGF | Draft retroactivity intent section of brief | 2.70 |
| 2021.08.08 | University of Tampa Tuition | 622 | BGF | Draft retroactivity vested rights section of brief | 3.50 |
| 2021.08.09 | University of Tampa Tuition | 622 | AML | Reviewed/edited draft supplemental opposition brief | 2.20 |
| 2021.08.09 | University of Tampa Tuition | 622 | BGF | Edit introduction section | 0.60 |
| 2021.08.09 | University of Tampa Tuition | 622 | BGF | Proofread and cite check entire brief (twice) | 1.60 |
| 2021.08.09 | University of Tampa Tuition | 622 | BGF | Send & upload finalized brief to SNW, AML, and PLF | 0.40 |
| 2021.08.09 | University of Tampa Tuition | 622 | BGF | Review PLF & AWL edits to brief | 0.40 |
| 2021.08.09 | University of Tampa Tuition | 622 | BGF | Incorporate new argument edits and follow comments in track changes re: brief | 1.20 |
| 2021.08.09 | University of Tampa Tuition | 622 | PLF | Review and revise draft supplemental brief opposition (1.0) | 1.00 |
| 2021.08.10 | University of Tampa Tuition | 622 | AML | Edits to supplemental brief | 1.90 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Confer w/ PLF re: brief edits | 0.20 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Confer w/ team re: brief edits | 0.20 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Edit, proofread, and citecheck final draft of brief | 1.50 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Email confer w/ PLF re: access to courts argument | 0.30 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Assit w filing of brief and re-read field brief | 1.00 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Research re: potential sur-reply | 0.30 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Email team re: status of filed brief | 0.20 |
| 2021.08.10 | University of Tampa Tuition | 622 | BGF | Begin Preparing R. 5.1 notice | 0.50 |
| 2021.08.10 | University of Tampa Tuition | 622 | PLF | Revise draft supplemental brief opposition | 2.30 |
| 2021.08.10 | University of Tampa Tuition | 622 | RSR | Prepared tables for P's Opp to Def's Supp Brief (0.6) | 0.60 |
| 2021.08.11 | University of Tampa Tuition | 622 | BGF | Formulate constitutional question for R. 5.1 notice | 0.50 |
| 2021.08.11 | University of Tampa Tuition | 622 | BGF | Finish drafting R. 5.1 notice and email to team | 0.40 |
| 2021.08.11 | University of Tampa Tuition | 622 | BGF | Email filed 5.1 notice to team | 0.20 |
| 2021.08.11 | University of Tampa Tuition | 622 | EMW | Emailed Rule 5.1 Notice and FAC to FL AG (.1) | 0.10 |
| 2021.08.11 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Notice, 1 file | 0.10 |
| 2021.08.11 | University of Tampa Tuition | 622 | TEC | Sent out certified mail. | 0.30 |
| 2021.08.17 | University of Tampa Tuition | 622 | AML | Reviewed D's reply ISO supp brief | 1.70 |
| 2021.08.17 | University of Tampa Tuition | 622 | BGF | Send update re: defendant's reply and our option for sur-reply | 0.50 |
| 2021.08.17 | University of Tampa Tuition | 622 | JCD | Research from AML re D's reply brief | 3.10 |
| 2021.08.17 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Reply, 1 file | 0.10 |
| 2021.08.17 | University of Tampa Tuition | 622 | PLF | Analyzed reply brief | 1.60 |
| 2021.08.18 | University of Tampa Tuition | 622 | SNW | Reviewed email from B. Finkelstein re: analysis of defendant's reply brief | 0.10 |
| 2021.10.27 | University of Tampa Tuition | 622 | RIW | Drafted Second Amended Complaint | 4.30 |
| 2021.10.28 | University of Tampa Tuition | 622 | RIW | Drafted/research re: Second Amended Complaint | 7.10 |
| 2021.11.02 | University of Tampa Tuition | 622 | AML | Edits and research re SAC draft | 2.30 |
| 2021.11.02 | University of Tampa Tuition | 622 | RIW | Finalized Second Amended Complaint | 2.70 |
| 2021.11.03 | University of Tampa Tuition | 622 | PLF | Review and revise draft SAC (1.4) | 1.40 |
| 2021.11.03 | University of Tampa Tuition | 622 | RIW | Reviewed AML edits to Second Amended Complaint | 0.90 |
| 2021.11.03 | University of Tampa Tuition | 622 | SNW | Reviewed AML and RIW edits to draft amended complaint & emails re: same | 0.20 |
| 2021.11.03 | University of Tampa Tuition | 622 | SNW | Reviewed second amended complaint | 0.30 |
| 2021.11.03 | University of Tampa Tuition | 622 | TEC | Proofread SAC | 0.80 |
| 2021.11.05 | University of Tampa Tuition | 622 | EMW | Sent courtesy copy of SAC to judge (.2) | 0.20 |
| 2021.11.08 | University of Tampa Tuition | 622 | AML | Research re settlement and potential damages | 2.90 |

University of Tampa Time Entries

| Date | Matter | Code | Atty | Description | Hours |
|---|---|---|---|---|---|
| 2021.11.08 | University of Tampa Tuition | 622 | PLF | Call with defense counsel re potential mediation (0.5) | 0.50 |
| 2021.11.17 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Answer, 2 files | 0.10 |
| 2021.12.03 | University of Tampa Tuition | 622 | PLF | Follow up with defense counsel re potential mediation (0.1) | 0.10 |
| 2021.12.16 | University of Tampa Tuition | 622 | JCD | Read Miami OH class cert decision and circulated to team | 2.00 |
| 2021.12.16 | University of Tampa Tuition | 622 | SNW | Reviewed Miami OH class cert decision | 1.70 |
| 2021.12.20 | University of Tampa Tuition | 622 | AML | Analyzed recent class cert order | 2.10 |
| 2012.12.21 | University of Tampa Tuition | 622 | PLF | Read class cert order from OH state court | 1.80 |
| 2022.01.05 | University of Tampa Tuition | 622 | PLF | Prepared for (1.3) and attended Rule 16 conference (0.3) | 1.60 |
| 2022.01.06 | University of Tampa Tuition | 622 | EMW | Drafted and sent transcript request form re 01/05 hearing (.2) | 0.20 |
| 2022.01.07 | University of Tampa Tuition | 622 | EMW | Paid for transcript (.1) | 0.10 |
| 2022.01.11 | University of Tampa Tuition | 622 | JGM | Save Doc to Box - Order, 1 file | 0.10 |
| 2022.01.24 | University of Tampa Tuition | 622 | AML | Reviewed recent CC decision re Ohio St. | 1.40 |
| 2022.01.26 | University of Tampa Tuition | 622 | SNW | Analyzed Ohio St. CC order | 0.80 |
| 2022.01.26 | University of Tampa Tuition | 622 | PLF | Reviewed Ohio St. class cert decision | 1.30 |
| 2022.01.27 | University of Tampa Tuition | 622 | RLM | Read Ohio St. CC order | 1.10 |
| 2022.02.04 | University of Tampa Tuition | 622 | AML | Research re mediation statement | 3.10 |
| 2022.03.01 | University of Tampa Tuition | 622 | AML | Review of recent class cert decisions | 3.50 |
| 2022.03.01 | University of Tampa Tuition | 622 | PLF | Analyzed Ohio Univ. and Kent St. class cert orders | 2.80 |
| 2022.03.03 | University of Tampa Tuition | 622 | SNW | Reviewed Kent St. and Ohio U CC decisions | 2.50 |
| 2022.03.04 | University of Tampa Tuition | 622 | SNB | Reviewed recent CC decisions from Ohio schools | 2.60 |
| 2022.08.09 | University of Tampa Tuition | 622 | PLF | Reviewed La Verne class cert. order | 1.50 |
| 2022.08.10 | University of Tampa Tuition | 622 | SNW | Analyzed Univ. of La Verne CC order | 1.60 |
| 2022.08.10 | University of Tampa Tuition | 622 | AML | Reviewed La Verne decision and research re same | 3.50 |
| 2022.02.14 | University of Tampa Tuition | 622 | PLF | Conferred w/ mediator | 1.40 |
| 2022.03.01 | University of Tampa Tuition | 622 | AML | Research re mediation statement and other similar settlements | 2.20 |
| 2022.03.01 | University of Tampa Tuition | 622 | AML | Reviewed correspondence from defense counsel and discussed with PLF | 0.30 |
| 2022.03.08 | University of Tampa Tuition | 622 | AML | Research re mediation statement (3.1); research re potential damages (2.1); call w/ defense counsel (0.2) | 5.40 |
| 2022.03.08 | University of Tampa Tuition | 622 | PLF | Call with defense counsel re upcoming mediation (0.5) | 0.50 |
| 2022.03.11 | University of Tampa Tuition | 622 | AML | Mediation statement drafting | 3.20 |
| 2022.03.14 | University of Tampa Tuition | 622 | AML | Mediation statement drafting (3.7) | 3.70 |
| 2022.03.15 | University of Tampa Tuition | 622 | AML | Mediation statement research (3.2) | 3.20 |
| 2022.03.18 | University of Tampa Tuition | 622 | PLF | Revise mediation statement (2.5) | 2.50 |
| 2022.03.18 | University of Tampa Tuition | 622 | SNW | Analyzed draft mediation statement and term sheet | 3.40 |
| 2022.03.21 | University of Tampa Tuition | 622 | AML | Reviewed Defendant's financial data (2.4); edits to mediation statement (1.9) | 3.30 |
| 2022.03.21 | University of Tampa Tuition | 622 | PLF | Analyze class data and revise mediation statement accordingly (2.0) | 2.00 |
| 2022.03.22 | University of Tampa Tuition | 622 | AML | Edits to mediation statement (1.6); edits to exhibits (2.1); spoke w/ C. Barnes re mediation scheduling (0.2) | 3.90 |
| 2022.03.23 | University of Tampa Tuition | 622 | AML | Mediation presentation research (2.6); drafting re same (2.1) | 4.70 |
| 2022.03.23 | University of Tampa Tuition | 622 | PLF | Prep for mediation with AML (2.0) | 2.00 |
| 2022.03.24 | University of Tampa Tuition | 622 | AML | Mediation presentation drafting | 5.10 |
| 2022.03.24 | University of Tampa Tuition | 622 | PLF | Review draft mediation presentation (2.5) | 2.50 |
| 2022.03.28 | University of Tampa Tuition | 622 | AML | Call w/ mediator (0.3); mediation prep (3.6); follow-up call w/ mediator (0.6) | 4.50 |
| 2022.03.28 | University of Tampa Tuition | 622 | PLF | Joint intro call with mediator (0.5); Finalize and submit mediation statement (1.0); Individual call with mediator (0.5); Prep for mediation with AML (4.0) | 6.00 |
| 2022.03.30 | University of Tampa Tuition | 622 | AML | Mediation prep (2.2); final edits to powerpoint (1.2) | 3.40 |
| 2022.03.30 | University of Tampa Tuition | 622 | JCD | Assisted with mediation prep research | 2.60 |
| 2022.03.30 | University of Tampa Tuition | 622 | PLF | Prep for tomorrow's mediation (3.4) | 3.40 |
| 2022.03.30 | University of Tampa Tuition | 622 | RSR | Reviewed PLF and AML mediation practice and commented on same (0.6) | 0.60 |
| 2022.03.30 | University of Tampa Tuition | 622 | SNW | Attention to mediation prep | 1.60 |
| 2022.03.31 | University of Tampa Tuition | 622 | AML | Attended mediation (9.5); edits to term sheet (0.4) | 9.90 |
| 2022.03.31 | University of Tampa Tuition | 622 | PLF | Mediation (9.5) | 9.50 |
| 2022.04.01 | University of Tampa Tuition | 622 | AML | Spoke w/ clients re mediation | 0.80 |
| 2022.04.01 | University of Tampa Tuition | 622 | RSR | Calculated case expenses for PLF (.1) | 0.10 |

University of Tampa Time Entries

| Date | Matter | Timekeeper | Description | Hours |
|---|---|---|---|---|
| 2022.04.01 | University of Tampa Tuition | 622 | TEC | Scan for PLF (.1) | 0.10 |
| 2022.04.06 | University of Tampa Tuition | 622 | PLF | Draft settlement agreement and exhibits (6.3) | 6.30 |
| 2022.04.07 | University of Tampa Tuition | 622 | PLF | Complete first draft of settlement agreement and circulate to defense counsel (3.0) | 3.00 |
| 2022.04.08 | University of Tampa Tuition | 622 | AML | Reviewed initial draft settlement agreement | 3.60 |
| 2022.04.15 | University of Tampa Tuition | 622 | AML | Preliminary approval drafting | 4.70 |
| 2022.04.19 | University of Tampa Tuition | 622 | AML | Drafted letter to court re mediation | 0.20 |
| 2022.04.21 | University of Tampa Tuition | 622 | AML | Finalized PLF declaration ISO preliminary approval | 2.20 |
| 2022.05.03 | University of Tampa Tuition | 622 | AML | Reviewed D's edits to settlement agreement (2.1) and notice exhibits (1.4) | 3.50 |
| 2022.05.10 | University of Tampa Tuition | 622 | PLF | Call with defense counsel re revisions to settlement agreement (0.9) and discuss same with team (0.1) | 1.00 |
| 2022.05.16 | University of Tampa Tuition | 622 | PLF | Prepare execution copies of settlement agreement (1.0) | 1.00 |
| 2022.05.17 | University of Tampa Tuition | 622 | AML | Additional edits to preliminary approval brief (1.6) and Fraietta declaration (0.2) | 1.80 |
| 2022.05.18 | University of Tampa Tuition | 622 | PLF | Revise preliminary approval motion (2.5) | 2.50 |
| 2022.05.18 | University of Tampa Tuition | 622 | SNW | Edits/review of preliminary approval papers | 3.10 |
| 2022.05.25 | University of Tampa Tuition | 622 | AML | Finalized docs in support of prelim approval | 1.90 |
| 2022.05.25 | University of Tampa Tuition | 622 | AML | Finalized notice of motion (0.6); finalized PLF declaration and exhibits (0.9) | 1.50 |
| 2022.05.25 | University of Tampa Tuition | 622 | RSR | Prepared tables for Prelim Approval motion (0.5) | 0.50 |
| 2022.05.26 | University of Tampa Tuition | 622 | SNW | Final review of motion for preliminary approval of settlement | 1.20 |
| 2022.05.26 | University of Tampa Tuition | 622 | TEC | Courtesy copies of motion to approve settlement for PLF -- read judge's rules, printed materials, prepared binder, shipped via FedEx | 1.00 |
| 2022.06.03 | University of Tampa Tuition | 622 | AML | Reviewed order granting PA | 0.90 |
| 2022.06.07 | University of Tampa Tuition | 622 | JGM | Confer w/ AML re Calendar Entires | 0.10 |
| 2022.06.08 | University of Tampa Tuition | 622 | JGM | Create Calendar Entries - Order | 0.30 |
| 2022.06.13 | University of Tampa Tuition | 622 | AML | Reviewed documents from JND re website and notice | 2.40 |
| 2022.06.13 | University of Tampa Tuition | 622 | PLF | Analyze draft notice documents and settlement website (2.0) | 3.10 |
| 2022.06.22 | University of Tampa Tuition | 622 | AML | Discussion w/ PLF re next steps in notice process | 0.50 |
| 2022.06.22 | University of Tampa Tuition | 622 | PLF | Confer with AML re provision of class data and issues re same (0.5) | 0.50 |
| 2022.06.23 | University of Tampa Tuition | 622 | PLF | Reviewed updates to settlement website | 0.8 |
| 2022.06.23 | University of Tampa Tuition | 622 | AML | Reviewed corresponence from settlement admin | 0.4 |
| 2022.06.27 | University of Tampa Tuition | 622 | RLM | Research re final approval briefing | 2.6 |
| 2022.07.01 | University of Tampa Tuition | 622 | PLF | Reviewed status update from JND | 0.2 |
| 2022.07.02 | University of Tampa Tuition | 622 | RLM | Additional research re final approval | 2.9 |
| 2022.07.03 | University of Tampa Tuition | 622 | RLM | Began final approval briefing assignment (3.1); research re same (1.6) | 4.7 |
| 2022.07.08 | University of Tampa Tuition | 622 | PLF | Reviewed status update from JND | 0.2 |
| 2022.07.09 | University of Tampa Tuition | 622 | RLM | Final approval drafting/research | 3.6 |
| 2022.07.10 | University of Tampa Tuition | 622 | RLM | Final approval drafting | 2.7 |
| 2022.07.11 | University of Tampa Tuition | 622 | RLM | Final approval drafting | 2.4 |
| 2022.07.15 | University of Tampa Tuition | 622 | PLF | Reviewed status update from JND | 0.2 |
| 2022.07.17 | University of Tampa Tuition | 622 | AML | Reviewed draft final approval brief | 3.2 |
| 2022.07.22 | University of Tampa Tuition | 622 | PLF | Reviewed status update from JND | 0.2 |